```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JANE DOE,                                          :
                                                               :
                                      Plaintiff,     :                   1:25-cv-2878-GHW
                                                               :
                            -v-                                 :                        <u>ORDER</u>
                                      :
DNA DIAGNOSTICS CENTER, LLC, *et al.*,    :
                                                               :
                                           Defendants.    :
                                                                :
-------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      By letter dated April 16, 2025, Plaintiff requested a pre-motion conference to discuss Plaintiff's anticipated motion to remand this case to the Supreme Court of the State of New York, County of Bronx. Dkt. No. 14. Plaintiff's application is granted. The Court will hold a conference to discuss Plaintiff's anticipated motion to remand on April 24, 2025 at 4:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

      SO ORDERED.

Dated: April 16, 2025
       New York, New York

                                                           _____
                                                                GREGORY H. WOODS
                                                             United States District Judge