```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :

JANE DOE,                                        :

                                               Plaintiff,   :         1:25-cv-2878-GHW

                                                         -v-                 :              <u>ORDER</u>

DNA DIAGNOSTICS CENTER, LLC, *et al.*,    :

                                            Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on the record on April 24, 2025, Plaintiff is granted leave to file a motion to remand, accompanied by the necessary supporting papers. Plaintiff's motion to remand is due no later than May 15, 2025. Defendants' opposition, accompanied by the necessary supporting papers, is due no later than three weeks following the date of service of Plaintiff's motion. Plaintiff's reply, if any, is due no later than one week following the date of service of Defendants' opposition.

      Further, as discussed on the record during the April 24, 2025 conference, Defendants' opposition to Plaintiff's response to the Court's order to show cause why Plaintiff should be permitted to proceed pseudonymously is due no later than May 2, 2025. Plaintiff's reply, if any, is due no later than May 7, 2025.

      SO ORDERED.

Dated: April 24, 2025
       New York, New York

                                                                                   _____
                                                                                            GREGORY H. WOODS
                                                                                      United States District Judge